**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

PATRICK DOBBINS,
ADC #141341                                                                                        PLAINTIFF

v.                                              4:20CV00893-KGB-JTK

WENDY KELLEY, et al.                                                                    DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a Hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the hearing before the

1

District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Patrick Dobbins is a state inmate incarcerated at the Maximum Security Unit of the Arkansas Division of Correction (ADC), who filed this pro se 42 U.S.C. § 1983 action without paying the $400.00 filing fee or filing a Motion to Proceed in forma pauperis. Plaintiff now asks that the Court dismiss this lawsuit. (Doc. No. 3). Accordingly,

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Motion to voluntarily Dismiss this lawsuit be GRANTED, and the case be DISMISSED.

IT IS SO RECOMMENDED this 31st day of August, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE